UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES A. DINA,** | : | Case No. 1:06 CV 2506 |
| | : | |
| Petitioner, | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| | : | |
| **MICHELLE EBERLIN, Warden** | : | <u>ORDER</u> |
| | : | |
| Respondent. | : | |

James A Dina has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. §2254, in which he challenges the constitutional sufficiency of his state court conviction for theft. Dina's petition was referred to a magistrate judge of this Court, pursuant to 28 U.S.C. §636 and Local Rule 72.2(b)(2).

Upon review of the parties' submissions, the magistrate judge issued a Report and Recommendation ("R&R") (Doc. 12), in which she recommends that Dina's petition be denied. Dina has not filed any objections to the R&R.[1]  Because the Court reaches the same conclusions as the magistrate judge, no further articulation of its reasoning is required. <u>Tuggle v. Seabold</u>, 806 F.2d 87, 92-93 (6th Cir. 1986).

Accordingly, the Court hereby **ADOPTS** the magistrate judge's R&R.  Dina's petition is **<u>DENIED</u>** and his case, is **DISMISSED**.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE**

Dated:    November 9, 2007

---

[1]  Nor, as the magistrate judge observed, did Dina elect to file a traverse.