UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES A. DINA, | : | Case No. 1:06 CV 2506 |
| | : | |
| Petitioner, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| | : | |
| MICHELLE EBERLIN, Warden | : | <u>JUDGMENT ENTRY</u> |
| | : | |
| Respondent. | : | |

Pursuant to the Court's order of this date, James A Dina's petition for a *writ of habeas corpus* (Doc. 1) is **DENIED** and this case is **DISMISSED.** Further, the Court certifies, pursuant to 28 U.S.C. § 2253(c), that there is no basis upon which to issue a certificate of appealability.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE

Dated:     November 9, 2007